NORTH RIVER SAVINGS BANK, Plaintiff, v. CARUSO REALTY CORPORATION and Others, Defendants. ROBERT L. FORBES, Receiver, Respondent; NEW ROCHELLE ACE AUTO TOP & PAINTING CO., INC., Tenant, Appellant.— Order fixing rent of mortgaged premises upon application of a receiver in a foreclosure action, in so far as appealed from, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY GUTMAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of a violation of section 152 of the Agriculture and Markets Law in that he sold adulterated turpentine without proper markings and without informing the purchaser that it was not pure spirits of turpentine, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUISE MILLER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of violating the Public Welfare Law (§ 148) in that she obtained emergency home relief from the city of New York under false pretenses and by misrepresentations, and sentencing her to an indeterminate term in the New York City Penitentiary, unanimously affirmed. No opinion. Present — Lazansky P. J., Hagarty, Carswell, Davis and Johnston, JJ.

EDWARD J. REILLY, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent, and Another, Defendant.— Order granting defendant Manufacturers Trust Company's motion to preclude plaintiff from offering evidence at the trial in support of his cause of action with reference to the items sought by defendant-bank in its demand for a bill of particulars, by reason of plaintiff's failure to furnish a bill pursuant to the demand, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.